UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No: 6-11-bk-07936-ABB

In Re:

COREY V. RILEY and
IRMA JEAN WILLIAMS-RILEY,

    Debtors'.
_____/

**ORDER GRANTING TRUSTEE'S ORE TENUS MOTION FOR
PAYMENT OF UNCLAIMED FUNDS HELD IN THE COURT'S REGISTRY**

**THIS CASE** came on for hearing on February 18, 2015, upon the Trustee's Ore Tenus Motion for Payment of Unclaimed Funds held in the Court's Registry. The Court, after hearing argument of counsel and being otherwise fully informed in the premises, finds that the Trustee's Ore Tenus Motion has merit and should be and should be granted. Accordingly, it is:

ORDERED AND ADJUDGED that

1. The Trustee's Ore Tenus Motion for Payment of Unclaimed Funds held in the Court's Registry is granted.

2. The Clerk of the United States Bankruptcy Court for the Middle District of Florida, shall pay to the order of the Chapter 13 Trustee, Laurie K. Weatherford, the unclaimed funds held in the name of Corey V. Riley and Irma Jean Williams-Riley in the amount of $3,883.69. Said funds shall be mailed to Laurie K. Weatherford, Chapter 13 Trustee, Post Office Box 3450, Winter Park, FL 32790.

DONE AND ORDERED this 24th day of February, 2015.

_____
ARTHUR B. BRISKMAN
United States Bankruptcy Judge

Copies to:
Emily Ann Ogden, Attorney for Debtor, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order upon:

Financial Administrator

US Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa Street, Suite 3200, Tampa, FL 33602

Chapter 13 Trustee, Laurie K. Weatherford, P.O. Box 3450, Winter Park, FL 32790

Corey V. Riley and Irma Jean Williams-Riley, Debtors, 3321 Nipinicket Court, Orlando, FL 32818